# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00411-CV

**Lowe's Home Centers, Inc., Appellant**

**v.**

**City of Sunset Valley, Texas; Save Barton Creek Association, Inc.;
and Save Our Springs Alliance, Inc., Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
## NO. GV400101, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only. *See* Tex. R. App. P. 47.5 (concurring and dissenting opinions).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed:  December 9, 2004